UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Patrick Inscho,

        Plaintiff(s),

vs.

Equifax Information Services, LLC,

        Defendant(s).

Case #2:18-cv-00790-MMD-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____John G. Albanese_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Berger & Montague, P.C._____
(firm name)

with offices at _____43 SE Main Street, Suite 505_____,
(street address)

_____Minneapolis_____, _____Minnesota_____, _____55414_____,
(city) (state) (zip code)

_____6125945997_____, _____jalbanese@bm.net_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Patrick Inscho_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  1/9/2014 , Petitioner has been and presently is a
member in good standing of the bar of the highest Court of the State of  Minnesota
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attachment. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Minnesota State Bar Association; Federal Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Minnesota )
COUNTY OF Hennepin )

___John G. Albanese___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 31st day of May, 2018.

_____
Notary Public or Clerk of Court

JEAN KATHERINE HIBRAY
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Don Springmeyer___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Wolf Rifkin Shapiro Schulman & Rabkin, LLP, 3556 East Russell Rd, 2d Floor___,
(street address)

___Las Vegas___, ___Nevada___, ___89120___,
(city) (state) (zip code)

___7023415200___, ___dspringmeyer@wrslawyers.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __Don Springmeyer__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Patrick Inscho
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                    dspringmeyer@wrslawyers.com
Bar number              Email address

APPROVED:

Dated: this __1st__ day of __June__, 20__18__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Attachment to John G. Albanese Petition for Permission to Practice

**Courts Admitted to Practice in Good Standing:**

| Court | Date Admitted | Bar No. |
|---|---|---|
| Illinois Supreme Court* | 11/1/2012 | 6308461 |
| Minnesota Supreme Court | 1/9/2014 | 0395882 |
| U.S. Supreme Court | 1/17/2017 | N/A |
| U.S.C.A. for the Ninth Circuit | 2/6/2015 | N/A |
| U.S.C.A. for the Seventh Circuit | 12/29/2017 | N/A |
| U.S.D.C. D. Minnesota | 9/19/2014 | 0395882 |
| U.S.D.C. E.D. Michigan | 2/13/2015 | N/A |
| U.S.D.C. W.D. New York | 10/8/2015 | N/A |
| U.S.D.C. E.D. Wisconsin | 12/30/2015 | N/A |
| U.S.D.C. C.D. Illinois | 12/6/2016 | N/A |

*on voluntary inactive status

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

John Gerard Albanese

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/01/2012 and is in good standing, so far as the records of this office disclose.

Further, the referenced attorney is registered as an inactive attorney pursuant to Supreme Court Rule 756(a)(5), and therefore is no longer eligible to practice law or hold himself/herself out as being authorized to practice law in Illinois.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 15th day of May, 2018.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JOHN GERARD ALBANESE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

January 09, 2014

Given under my hand and seal of this court on

May 03, 2018

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration