**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK INSCHO, on behalf of himself and all consumers similarly situated, | Case # 2:18-cv-00790-MDD-VCF |
| Plaintiff(s), | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| EQUIFAX INFORMATION SERVICES LLC | |
| Defendant(s). | FILING FEE IS $250.00 |

_____Zachary A. McEntyre_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____King & Spalding LLP_____
(firm name)

with offices at _____1180 Peachtree Street_____,
(street address)

_____Atlanta_____, _____Georgia_____, _____30309_____,
(city) (state) (zip code)

_____404-572-4600_____, _____zmcentyre@kslaw.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Equifax Information Services LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____April 30, 2007_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Georgia_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attached Ex. A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Georgia - Bar No. 653571

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| February 24, 2017 | 2:16-cv-2866 | USDC - Nevada | Granted |
| September 22, 2017 | 2:17-cv-02368 | USDC - Nevada | Granted |
| February 13, 2018 | 2:16-cv-02393 | USDC - Nevada | Granted |
| February 27, 2018 | 2:17-cv-3123 | USDC - Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Georgia___ )
COUNTY OF ___Fulton___ )

___Zachary A. McEntyre___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___21st___ day of ___May___, ___2018___.

___Lenora Shealy___
Notary Public or Clerk of Court

[Notary Seal: LENORA SHEALY, NOTARY, GEORGIA, APR 9, 2022, PUBLIC, GWINNETT COUNTY]

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Bradley T. Austin___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___SNELL & WILMER, 3883 Howard Hughes Parkway, Suite 1100___,
(street address)

___Las Vegas___, ___Nevada___, ___89169-5958___,
(city) (state) (zip code)

___702-784-5000___, ___baustin@swlaw.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Bradley T. Austin_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Equifax Information Services LLC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

13064                      baustin@swlaw.com
Bar number                 Email address

APPROVED:
Dated: this 4th day of June, 20 18.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# EXHIBIT A

ZACHARY A. MCENTYRE
Court Admissions

## EXHIBIT A

## ZACHARY A. MCENTYRE
Court Admissions

### Georgia Bar Number 653571

| Court: | Admission Date: |
|---|---|
| State Bar of Georgia | 10/27/2006 |
| Superior Court of Gordon County | 11/22/2006 |
| Supreme Court of Georgia | 04/30/2007 |
| Georgia Court of Appeals | 04/30/2007 |
| U.S. District Court for the Northern District of Georgia | 12/18/2006 |
| U.S. District Court for the Eastern District of Michigan | 11/10/2016 |
| U.S. District Court for the Eastern District of Wisconsin | 12/11/2017 |
| U.S. Court of Appeals for the 4th Circuit | 05/12/2015 |
| U.S. Court of Appeals for the 5th Circuit | 02/04/2015 |
| U.S. Court of Appeals for the 7th Circuit | 11/06/2009 |
| U.S. Court of Appeals for the 9th Circuit | 12/22/2016 |
| U.S. Court of Appeals for the 11th Circuit | 11/14/2007 |



P. HARRIS HINES, CHIEF JUSTICE
HAROLD D. MELTON, PRESIDING JUSTICE
ROBERT BENHAM
CAROL W. HUNSTEIN
DAVID E. NAHMIAS
KEITH R. BLACKWELL
MICHAEL P. BOGGS
NELS S.D. PETERSON
BRITT C. GRANT
 JUSTICES

# Supreme Court
# State of Georgia
STATE JUDICIAL BUILDING
Atlanta 30334

THÉRÈSE S. BARNES, CLERK/COURT EXECUTIVE
JEAN RUSKELL, REPORTER

January 12, 2018

I hereby certify that Zachary Andrew McEntyre, Esq., was admitted on the 30th day of April, 2007, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court hereto affixed the day and year first above written.

_Thérèse S. Barnes_, Clerk