Bradley Austin
SNELL & WILMER
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169-5958
702-784-5200
702-784-5252 (Fax)
baustin@swlaw.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

Meryl W. Roper (*pro hac vice*)
mroper@kslaw.com
Zachary A. McEntyre (*pro hac vice*)
zmcentyre@kslaw.com
John C. Toro (*pro hac vice*)
jtoro@kslaw.com
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
404-572-4600
404-572-5100 (Fax)

(See signature block for complete listing of attorneys)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK INSCHO, on behalf of himself and all consumers similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | Case No. 2:18-cv-790-MMD-VCF<br><br>**STIPULATED MOTION TO STAY DEADLINES** |

Plaintiff Patrick Inscho, and Defendant Equifax Information Services LLC ("Equifax"), by counsel, file this Stipulated Motion to Stay Deadlines for sixty days, until December 21,

1

2018, at which time the parties expect to have a final executed settlement agreement and will ask the court to stay all deadlines until final approval of the settlement is obtained. The parties further state as follows:

1. This case is one of a number of similar putative class actions brought against Equifax around the country regarding the reporting of public records (*i.e.*, tax liens and civil judgments).

2. On October 9, 2018, the parties in these putative class actions reached an agreement in principle to resolve the pending cases on a nationwide basis through a class settlement to be presented for approval in the Eastern District of Virginia. The settlement, if approved, would resolve the putative class action claims in this case.

3. The parties request that the Court stay this matter for 60 days until December 21, 2018, while the parties negotiate a formal settlement agreement. The parties will update the Court at the conclusion of the stay regarding the status of the settlement.

WHEREFORE, the parties respectfully request that their Stipulated Motion to Stay Deadlines be granted.

SO STIPULATED AND AGREED:

| */s/ John Albanese (w/ permission)* <br> Don Springmeyer <br> Nevada Bar No. 2021 <br> Jordan J. Butler <br> WOLF, RIFKIN, SHAPIRO, <br>   SCHULMAN & RABKIN, LLP <br> 3556 E. Russell Road, 2nd Floor <br> Las Vegas, NV  89120 <br> 702-341-5200 <br> dspringmeyer@wrslawyers.com; <br> jbutler@wrslawyers.com | */s/ Meryl W. Roper* <br> Meryl W. Roper (*pro hac vice*) <br> mroper@kslaw.com <br> Zachary A. McEntyre (*pro hac vice*) <br> zmcentyre@kslaw.com <br> John C. Toro (*pro hac vice*) <br> jtoro@kslaw.com <br> KING & SPALDING LLP <br> 1180 Peachtree St., NE <br> Atlanta, GA 30309 <br> 404-572-4600 <br> 404-572-5100 (Fax) |
|---|---|

| | |
|---|---|
| Kristi C. Kelly (*pro hac vice*)<br>KELLY & CRANDALL, PLC<br>3925 Chain Bridge Road, Suite 202<br>Fairfax, VA 22030<br>kkelly@kellyandcrandall.com<br><br>Eleanor Michelle Drake (*pro hac vice*)<br>John Albanese (*pro hac vice*)<br>BERGER & MONTAGUE, PC<br>43 SE Main St, Suite 505<br>Minneapolis, MN 55422<br>612-594-5997<br>emdrake@bm.net<br>jalbanese@bm.net<br><br>*Attorneys for Plaintiff* | Katherine M. Stein (*pro hac vice*)<br>King & Spalding LLP<br>500 W. 2nd Street, Suite 1800<br>Austin, TX 78701<br>512-457-2000<br>512-457-2100 (Fax)<br>kstein@kslaw.com<br><br>Bradley T. Austin<br>Nevada Bar No. 13064<br>SNELL & WILMER<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169-5958<br>702-784-5200<br>702-784-5252 (Fax)<br>baustin@swlaw.com<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: 10/23/2018

# **CERTIFICATE OF SERVICE**

This is to certify that I have on this 22nd day of October, 2018, served a true and correct copy of the foregoing via e-mail to the following counsel of record:

| | |
|---|---|
| Don Springmeyer<br>Jordan J. Butler<br>WOLF, RIFKIN, SHAPIRO,<br>   SCHULMAN & RABKIN, LLP<br>3556 E. Russell Road, 2nd Floor<br>Las Vegas, NV  89120<br>dspringmeyer@wrslawyers.com;<br>jbutler@wrslawyers.com; | E. Michelle Drake<br>John Albanese<br>BERGER & MONTAGUE, PC<br>43 SE Main St, Suite 505<br>Minneapolis, MN  55422<br>emdrake@bm.net;<br>jalbanese@bm.net; |
| Kristi C. Kelly<br>KELLY & CRANDALL, PLC<br>3925 Chain Bridge Road, Suite 202<br>Fairfax, VA  22030<br>kkelly@kellyandcrandall.com | |

                                          */s/ Meryl W. Roper*
                                        Meryl W. Roper