Bradley Austin
SNELL & WILMER
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169-5958
702-784-5200
702-784-5252 (Fax)
baustin@swlaw.com

Meryl W. Roper (*pro hac vice*)
mroper@kslaw.com
Zachary A. McEntyre (*pro hac vice*)
zmcentyre@kslaw.com
John C. Toro (*pro hac vice*)
jtoro@kslaw.com
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
404-572-4600
404-572-5100 (Fax)

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

(See signature block for complete listing of attorneys)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK INSCHO, on behalf of himself and all consumers similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:18-cv-790-MMD-VCF<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE STAY OF DEADLINES** |

Pursuant to the Parties' Status Report dated February 15, 2019 (ECF No. 34) and the Court's order granting the same (ECF No. 35), Plaintiff Patrick Inscho ("Plaintiff"), and

1

Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby provide a report regarding the status of the case.

The parties agreed to a nationwide settlement in *Thomas v. Equifax Info. Servs., LLC*, No. 3:18-cv-00684-MHL (E.D. Va.) in April 2019. A motion for preliminary approval of that settlement will be filed with the Court in E.D. Va. during the week of April 15, 2019. The terms of the settlement embrace the class claims pled in this litigation and would thus resolve all class claims in this case should it ultimately receive final approval from the court.

The parties in the above-captioned matter have conferred and agree that in the interest of judicial economy, all proceedings in this matter should remain stayed until the settlement has been granted final approval in *Thomas*, and no further appeals remain. The parties therefore respectfully request the Court extend the stay in this matter until fourteen (14) days following the final approval hearing in *Thomas* at which date the parties shall file a further status report with the Court.

SO STIPULATED AND AGREED:

| | |
|---|---|
| */s/ E. Michelle Drake (w/ permission)* | */s/ Meryl W. Roper* |
| Don Springmeyer | Meryl W. Roper (*pro hac vice*) |
| Nevada Bar No. 2021 | mroper@kslaw.com |
| Jordan J. Butler | Zachary A. McEntyre (*pro hac vice*) |
| WOLF, RIFKIN, SHAPIRO, | zmcentyre@kslaw.com |
|    SCHULMAN & RABKIN, LLP | John C. Toro (*pro hac vice*) |
| 3556 E. Russell Road, 2nd Floor | jtoro@kslaw.com |
| Las Vegas, NV 89120 | KING & SPALDING LLP |
| 702-341-5200 | 1180 Peachtree St., NE |
| dspringmeyer@wrslawyers.com | Atlanta, GA 30309 |
| jbutler@wrslawyers.com | 404-572-4600 |
| | 404-572-5100 (Fax) |
| Kristi C. Kelly (*pro hac vice*) | |
| KELLY & CRANDALL, PLC | Katherine M. Stein (*pro hac vice*) |
| 3925 Chain Bridge Road, Suite 202 | King & Spalding LLP |
| Fairfax, VA 22030 | 500 W. 2nd Street, Suite 1800 |
| kkelly@kellyandcrandall.com | Austin, TX 78701 |
| | 512-457-2000 |
| Eleanor Michelle Drake (*pro hac vice*) | 512-457-2100 (Fax) |
| John Albanese (*pro hac vice*) | kstein@kslaw.com |
| BERGER & MONTAGUE, PC | |

|   |   |
|---|---|
| 43 SE Main St, Suite 505<br>Minneapolis, MN 55422<br>612-594-5997<br>emdrake@bm.net<br>jalbanese@bm.net<br><br>*Attorneys for Plaintiff* | Bradley T. Austin<br>Nevada Bar No. 13064<br>SNELL & WILMER<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169-5958<br>702-784-5200<br>702-784-5252 (Fax)<br>baustin@swlaw.com<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED:  April 17, 2019

**CERTIFICATE OF SERVICE**

This is to certify that I have on this 16th day of April, 2019, served a true and correct copy of the foregoing via e-mail to the following counsel of record:

| | |
|---|---|
| Don Springmeyer<br>Jordan J. Butler<br>WOLF, RIFKIN, SHAPIRO,<br>    SCHULMAN & RABKIN, LLP<br>3556 E. Russell Road, 2nd Floor<br>Las Vegas, NV  89120<br>dspringmeyer@wrslawyers.com;<br>jbutler@wrslawyers.com; | E. Michelle Drake<br>John Albanese<br>BERGER & MONTAGUE, PC<br>43 SE Main St, Suite 505<br>Minneapolis, MN  55422<br>emdrake@bm.net;<br>jalbanese@bm.net; |
| Kristi C. Kelly<br>KELLY & CRANDALL, PLC<br>3925 Chain Bridge Road, Suite 202<br>Fairfax, VA  22030<br>kkelly@kellyandcrandall.com | |

/s/ Meryl W. Roper
Meryl W. Roper