Bradley Austin
SNELL & WILMER
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169-5958
702-784-5200
702-784-5252 (Fax)
baustin@swlaw.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

Meryl W. Roper (*pro hac vice*)
mroper@kslaw.com
Zachary A. McEntyre (*pro hac vice*)
zmcentyre@kslaw.com
John C. Toro (*pro hac vice*)
jtoro@kslaw.com
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
404-572-4600
404-572-5100 (Fax)

(See signature block for complete listing of attorneys)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK INSCHO, on behalf of himself and all consumers similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendant. | Case No. 2:18-cv-790-MMD-VCF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　Plaintiff Patrick Inscho ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, pursuant to

1

Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree that the above-captioned matter is dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

SO STIPULATED AND AGREED:

| */s/ John G. Albanese* | */s/ Meryl W. Roper* |
|---|---|
| Don Springmeyer<br>Nevada Bar No. 2021<br>Jordan J. Butler<br>WOLF, RIFKIN, SHAPIRO,<br>   SCHULMAN & RABKIN, LLP<br>3556 E. Russell Road, 2nd Floor<br>Las Vegas, NV 89120<br>702-341-5200<br>dspringmeyer@wrslawyers.com;<br>jbutler@wrslawyers.com<br><br>Kristi C. Kelly (*pro hac vice*)<br>KELLY GUZZO, PLC<br>3925 Chain Bridge Road, Suite 202<br>Fairfax, VA 22030<br>kkelly@kellyandcrandall.com<br><br>Eleanor Michelle Drake (*pro hac vice*)<br>John Albanese (*pro hac vice*)<br>BERGER & MONTAGUE, PC<br>43 SE Main St, Suite 505<br>Minneapolis, MN 55422<br>612-594-5997<br>emdrake@bm.net<br>jalbanese@bm.net;<br><br>*Attorneys for Plaintiff* | Meryl W. Roper (*pro hac vice*)<br>mroper@kslaw.com<br>Zachary A. McEntyre (*pro hac vice*)<br>zmcentyre@kslaw.com<br>John C. Toro (*pro hac vice*)<br>jtoro@kslaw.com<br>KING & SPALDING LLP<br>1180 Peachtree St., NE<br>Atlanta, GA 30309<br>404-572-4600<br>404-572-5100 (Fax)<br><br>Katherine M. Stein (*pro hac vice*)<br>King & Spalding LLP<br>500 W. 2nd Street, Suite 1800<br>Austin, TX 78701<br>512-457-2000<br>512-457-2100 (Fax)<br>kstein@kslaw.com<br><br>Bradley T. Austin<br>Nevada Bar No. 13064<br>SNELL & WILMER<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169-5958<br>702-784-5200<br>702-784-5252 (Fax)<br>baustin@swlaw.com<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: November 13, 2019

2

## CERTIFICATE OF SERVICE

This is to certify that I have on, November 13, 2019, served a true and correct copy of the foregoing via e-mail to all counsel of record.

                                      */s/ John G. Albanese*
                                      John G. Albanese